UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TINA LAUTER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 21-10871-FDS |
| THE MASSACHUSETTS DEPARTMENT OF TRANSPORTATION, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

**SAYLOR, C.J.**

For the reasons stated below, the Court will order that this action be dismissed without prejudice.

On May 25, 2021, *pro se* litigant Tina Lauter[1] filed an unsigned civil complaint and a motion for leave to proceed *in forma pauperis*. In an order dated July 15, 2021, the Court denied the motion without prejudice and directed Lauter to pay the filing fee or file a renewed motion for leave to proceed *in forma pauperis*. (Docket No. 6). The Court warned Lauter that failure to comply with the order within 21 days could result in dismissal of the action without prejudice. Lauter did not provide a mailing address, email address, or phone number at which she could be informed of the Court's order. In addition, she did not contact the Clerk's office to request a copy of any docket activity.

---

[1] The plaintiff, whose real name is unknown, has asked to proceed under the pseudonym "Tina Lauter." (Docket No. 4).

The time period for complying with the Court's July 25, 2021 order has passed without any response from Lauter. Accordingly, the Court orders that this action be DISMISSED without prejudice for failure to pay the filing fee.

**So Ordered.**

Dated: August 16, 2021

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court