# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TINA LAUTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE MASSACHUSETTS DEPARTMENT )<br>OF TRANSPORTATION, )<br>)<br>Defendant. )<br>) | Civil Action No.<br>21-10871-FDS |

## FINAL ORDER OF DISMISSAL

In accordance with the Order dated August 16, 2021, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Dated: August 16, 2021

By the Court,

/s/ Matthew McKillop
Deputy Clerk